FILED
2005 Jan-25 PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
05 JAN 25 PM 2:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANNY RAY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No. CV 04-G-1103-S |
| ) | |
| RALPH HOOKS, Warden; ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## O R D E R

On December 30, 2004, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice. The petitioner filed objections on January 10, 2005.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DISMISSED WITH PREJUDICE as barred by 28 U.S.C. § 2244(d).

DONE and ORDERED 25th January 2005.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.